UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: **09-CV-22658-Moore-Simonton**

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC. OF NEW JERSEY
d/b/a M.R.S. ASSOCIATES, INC.,
AND LVNV FUNDING, LLC,

    Defendants.

_____/

FILED by _VT_ D.C.
ELECTRONIC

**Sept. 8, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant, M.R.S. ASSOCIATES, INC. OF NEW JERSEY d/b/a M.R.S. ASSOCIATES, INC., placed telephone calls and sent letters into this District on behalf of Defendant, LVNV FUNDING, LLC.

## PARTIES

3.      Plaintiff, GUSTAVO B. SAMPAIO, is a natural person and citizen of the State of Florida who resides in Miami-Dade County, Florida.

4.      Defendant, M.R.S. ASSOCIATES, INC. OF NEW JERSEY d/b/a M.R.S. ASSOCIATES, INC., ("M.R.S.") is a corporation and citizen of the State of New Jersey with its principal place of business at 1930 Olney Ave, Cherry Hill, New Jersey 08003.

5.      Defendant, LVNV FUNDING, LLC, ("LVNV") is a limited liability company and citizen of the State of Nevada with its principal place of business at Suite 2, 625 Pilot Road, Las Vegas, Nevada 89119.

## FACTUAL ALLEGATIONS

6.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions engaged in for personal, family or household purposes.

7.      After the alleged debt went into default, the original creditor sold the alleged debt.

8.      Defendant, LVNV, purchased the alleged debt from the original creditor or a subsequent holder.

9.      Defendant, LVNV, assigned the debt for collection to other debt collectors including but not limited to, Defendant, M.R.S., who in turn sought to collect the alleged debt from Plaintiff.

2

10.     Defendant, M.R.S., regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

11.     Defendant, LVNV, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

12.     Defendant, M.R.S., regularly collects or attempts to collect debts for other parties.

13.     Defendant, M.R.S., is a "debt collector" as defined in the FDCPA.

14.     Defendant, LVNV, is a "debt collector" as defined in the FDCPA.

15.     At all times material to the allegations of this complaint, Defendant, M.R.S., was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

16.     At all times material to the allegations of this complaint, Defendant, LVNV, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

17.     Defendant, LVNV, authorized other debt collectors including but not limited to Defendant, M.R.S., to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

18.     Other debt collectors including but not limited to Defendant, M.R.S., sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of LVNV.

3

19.    Defendant, LVNV, conveyed information to Plaintiff regarding the alleged debt through Defendant, M.R.S.'S telephone calls to Plaintiff.

20.    By virtue of its status as a debt collector, LVNV, is vicariously liable to Plaintiff for M.R.S.'S violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

21.    Defendant, M.R.S., left the following messages on Plaintiff's voice mail on his cellular telephone service on or about the dates stated:

August 23, 2008 – Pre-recorded message
This message is for Gustavo Sampaio. If Gustavo Sampaio cannot be reached at this number, please call us back at 877-533-3109 so we can remove it. If you are not Gustavo Sampaio, please hang up or disconnect. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

August 25, 2008
This message is for Gustavo Sampaio. If Gustavo cannot be reached at this number, please let us know by calling us back at 877-553-3109 so we can remove the number. If you are not Gustavo Sampaio, please hang up or disconnect. If you are, please continue to listen to this message. By continuing to listen to this message, you acknowledge that you are Gustavo Sampaio. This call is from MRS Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. My name is Crystal. I have some very important information to _____ (inaudible) discuss with, so it is imperative that you give me a call back right away. When you call, please use reference, that is your file number 11898409. Thank you.

August 26, 2008
(No message)

4

September 2, 2008
This message is for Gustavo Sampaio. If Gustavo Sampaio cannot be reached at this number, please let us know by calling us back at 877-553-3109 so we can remove it. If you are not Gustavo Sampaio, please hang up or disconnect. If you are Gustavo, please continue to listen to this message. By continuing to listen to this message, you acknowledge that you are Gustavo Sampaio. This call is from MRS Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. My name is Sophia Thomas. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 877-553-3109, extension 5261. When calling refer to your document number 11898409.

September 8, 2008
This important message is for Gustavo Sampaio. This is _____ (inaudible) Brown calling. Call me back at 877-553-3109, extension 5240. Do not forget this call is very, very important. Return it back. Bye, bye.

September 16, 2008
(No voice recorded)

September 17, 2008
This important message is for Gustavo Sampaio. This is Jaz Brown calling. Contact me at 877-553-3109. Extension will be 5240. I have some very important information to discuss with you and make you a offer. I think you will find this information is of interest and concern to you. So make sure you call me back as soon as possible. Bye, bye.

September 19, 2008
This message is for Gustavo Sampaio. My name is Sophia Thomas. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you, so it is imperative that you call me back at 877-553-3109. Extension 5266. When calling refer to your document number 11898409.

September 22, 2008
(No message)

September 25, 2008 – Pre-recorded message

If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Gustavo Sampaio. This call is from MRS Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us between 8:00 A.M. and 9:00 P.M. Eastern, Monday through Friday, about an important business matter, at 1-877-553-3109. Thank you.

September 29, 2008 – Pre-recorded message
My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is.

<u>October 3, 2008</u>
(No message)

<u>October 20, 2008</u>
Hey, this message goes for Gustavo Sampaio. Gustavo call Crystal at 877-553-3109, my extension is 5265, as soon as possible. Gustavo I have a very important information to make you aware of and discuss with. I have to make a decision about a matter concerning you, so it's imperative that you give me a call back right away. When you call please refer to number that is 11898409. Thank you.

<u>October 23, 2008</u>
This message is for Gustavo Sampaio. This is Sophia Thomas. Gustavo, I've made several attempts to reach you, but unfortunately haven't heard from you to date. It is imperative that you call me back immediately at 877-553-3109, extension 5248. When calling, refer to your document number 11898409.

<u>October 24, 2008</u>
My name is Jimmy Stewart. I have some very important information to discuss with you and to make you aware of. I have to make a decision about a situation that concerns you. It is important that you call me back right away on my toll free number 877-553-3109. Gustavo Sampaio when calling back reference your ID code which is 11898409. Call me back today as soon as possible.

<u>October 25, 2008</u>
(No message)

<u>October 27, 2008</u>
(No message)

<u>October 29, 2008, 5:32 PM</u>
(No message)

<u>October 29, 2008, 6:11 PM – Pre-recorded message</u>
This message is for Gustavo Sampaio. If Gustavo Sampaio cannot be reached at this number, please call us back at 877-533-3109 so we can remove it. If you are not Gustavo Sampaio, please hang up or disconnect. If

you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

November 5, 2008
(No message)

November 7, 2008
(No message)

November 8, 2008 – Pre-recorded message
I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you. It is imperative that you call me back at 1-800-335-0872 as soon as possible.

My name is Frank Nelson. I have some very important information to discuss with you. I have to make a decision about a situation that concerns you.

November 10, 2008
(No message)

November 11, 2008 – Pre-recorded message
This message is for Gustavo Sampaio. If Gustavo Sampaio cannot be reached at this number, please call us back at 877-533-3109 so we can remove it. If you are not Gustavo Sampaio, please hang up or disconnect. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

November 13, 2008 – Pre-recorded message
It is imperative that you call me back at 1-877-533-3109 as soon as possible.

November 14, 2008 – Pre-recorded message
It is imperative that you call me back at 1-877-533-3109 as soon as possible.

November 28, 2008 – Pre-recorded message
Documents were brought to my attention this morning for review. Unfortunately this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-213-9519. Thank you.

Hello. This is Steven Harris. Your documents were brought to my attention this morning for review. Unfortunately this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-213-9519. Thank you.

Hello. This is Steven Harris. Your documents were brought to my attention this morning for review. Unfortunately this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the

final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-213-9519. Thank you.

Hello. This is Steven Harris. Your documents were brought to my attention this morning for review. Unfortunately this has reached a point that I have to make a decision on your behalf. I would much rather discuss this with you now and give you a chance to get your information on the record before the final decision is made. This will directly affect you and I am more than willing to help you. Please contact me at 1-800-213-9519. Thank you.

Hello. This is.

December 1, 2008
This message is for Gustavo Sampaio. This is Clint Miranda. I have some very important information to discuss and to make you aware of. I have to make a decision about a situation that concerns you, so it is important you call me right away on 877-553-3109. When calling refer to your reference number 11898409. Bye, bye.

December 11, 2008
Gustavo Sampio. Call Jaz Brown at 877-553-3109, extension will be 5204. I have some very important information to discuss with you and make you aware of. I think you will find this information is of interest and concern to you. Make sure you call me back as soon as possible.

22.    Defendant, M.R.S., left similar or identical messages for Plaintiff on other occasions. (Collectively, "the telephone messages").

23.    The messages are "communications" as defined by 15 U.S.C. §1692a(2). See _Berg v. Merchs. Ass'n Collection Div._, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

24.    Defendant, M.R.S., failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of its messages.

25.     Defendant, M.R.S., placed an excessive number of calls to Plaintiff.

26.     Defendant, M.R.S., knew it was required to disclose that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff.

27.     M.R.S., and other debt collectors acting on behalf of Defendant, LVNV, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone without Plaintiff's prior express consent.

28.     Defendant, M.R.S., willfully or knowingly violated the TCPA.

29.     As assignee of the original creditor, Defendant, LVNV, is liable to Plaintiff for M.R.S.'S, and any of LVNV'S other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

30.     None of the telephone calls to Plaintiff were placed for "emergency purposes" as defined in the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

31.     Plaintiff incorporates Paragraphs 1 through 30.

32.     Defendant, M.R.S., failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*,

424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006

U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection

Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendants for:

> a.      Damages;
>
> b.      Attorney's fees, litigation expenses and costs of suit; and
>
> c.      Such other or further relief as the Court deems proper.

**COUNT II**
**FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY**

33.      Plaintiff incorporates Paragraphs 1 through 30.

34.      Defendant, M.R.S., placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose that it is a debt

collector and or the purpose of Defendant's communication in the telephone

messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group,

Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008,

(S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F.

Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp.

2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendants for:

12

a.   Damages;

b.   Attorney's fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## COUNT III
## EXCESSIVE CALLING IN VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

35.   Plaintiff incorporates Paragraphs 1 through 30.

36.   Defendant, M.R.S., caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a.   Damages;

b.   Attorney's fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

37.   Plaintiff incorporates Paragraphs 1 through 30.

38.   Defendant, M.R.S., engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing

system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

**COUNT V**
**HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER**
**COLLECTION PRACTICES ACT**

39.    Plaintiff incorporates Paragraphs 1 through 30.

40.    By failing to disclose that it is a debt collector, and the purpose of its communication, and by using an automatic telephone dialing system or an artificial or pre-recorded voice to place calls to a cellular telephone service without prior express consent, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass Plaintiff, Defendant, M.R.S., willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

14

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

### COUNT VI
### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

41.     Plaintiff incorporates Paragraphs 1 through 30.

42.     Defendant, M.R.S., and other debt collectors acting on behalf of Defendant, LVNV, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

43.     As assignee of the original creditor, Defendant, LVNV, is liable to Plaintiff for M.R.S.'S, or any of LVNV'S other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a.      Damages;

b.      Such other or further relief as the Court deems proper.

### COUNT VII

15

## DECLARATORY AND INJUNCTIVE RELIEF

44.     Plaintiff incorporates Paragraphs 1 through 30.

45.     Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendants' practices are in violation of the TCPA and the FCCPA.

46.     The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

47.     Plaintiff seeks a permanent injunction prohibiting Defendants from continuing violation of the FCCPA.

48.     Pursuant to 47 U.S.C § 227 (c)(5)(A), Plaintiff seeks a permanent injunction prohibiting Defendants from continuing violation of the TCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

      a.     declaring that Defendants' practices violate the TCPA and the FCCPA;

      b.     permanently injoining Defendants from engaging in the violative practices; and

      c.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _____ day of September, 2009.

16

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Gustavo B. Sampaio | M.R.S. Associates, Inc. of New Jersey d/b/a M.R.S. Associates, Inc., and LVNV Funding, LLC |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) MIAMI-DADE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

1:09CV 22658 — Moore-Simonton

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

---

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporation and Principal Place of Business in This State | 1 | [ ] 1 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] | [ ] |

---

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** ___1-2___ days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury Prod. Liability | [ ] 820 Copyrights | [ ] 450 Commerce ICC Rates etc H |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (excl Veterans) B | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | **B SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits B | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending B | [ ] 861 HIA (1395ff) | [ ] 850 Securities Commodities /Exchange |
| [ ] 160 Stockholder's Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | **A LABOR** | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | [ ] 710 Fair Labor Standards Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| | **B PRISONER PETITIONS** | [ ] 720 Labor Management Relations A | **A FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure B | [ ] 442 Employment | [ ] 530 General B | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing Accommodations | [ ] 535 Death Penalty | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other* | | [x] 890 Other Statutory Actions* *A or B |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights *A or B | | |
| [ ] 290 All Other Real Property | | [ ] 555 Prison Condition | | |

---

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- [x] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Refiled
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION [ ] UNDER F.R.C.P. 23   CLASS ACTION: No   DEMAND $ x x   Check YES only if demanded in complaint JURY DEMAND: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE: _____ DOCKET NUMBER: _____

DATE: September 6, 2009   SIGNATURE OF ATTORNEY OF RECORD _____

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. (54737) | Amount: 350.00 | Date Paid: _____ | M/ifp: _____

S-FLS REV. 9/94